**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ansord RASHIED, Petitioner**

No. 371 MAL 2016

Supreme Court of Pennsylvania.

December 13, 2016

## ORDER

PER CURIAM

AND NOW, this 13th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.